**Order filed October 4, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00788-CV

_____

**JOHN WAYNE PATTERSON, Appellant**

**V.**

**HOUSTON FEDERAL CREDIT UNION, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1100303**

---

## O R D E R

The notice of appeal in this case was filed August 31, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court by **October 15, 2018.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the fee, the appeal will be dismissed.

PER CURIAM